LITA M. VERRIER (SBN 181183)
J. MARK THACKER (SBN 157182)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501
Email: lita.verrier@rmkb.com
mark.thacker@rmkb.com

Attorneys for Defendants CHRISTOPHER
TOMASZEWSKI and MIKE MERRI

OGNIAN GAVRILOV (SBN 258583)
MICHAEL COLEMAN (SBN 295462)
ELIEZER M. COHEN (302248)
GAVRILOV & BROOKS
2315 Capitol Avenue
Sacramento, CA 95816
Telephone: (916) 504-0529
Facsimile: (916) 473-5870
Email: info@gavrilovlaw.com

Attorneys for Plaintiffs LEONARD WONG,
SCOTT ZAWADA, MATTHEW ROSE,
MATTHEW LEE and ROBERT WATSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD WONG, an individual; SCOTT ZAWADA, an individual; MATTHEW ROSE, an individual; MATTHEW LEE, an individual; and ROBERT WATSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER TOMASZEWSKI, an individual; MIKE MERRI, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-00039-MCE-AC<br><br>**STIPULATION REQUESTING EXTENSION TO FILE F.R.C.P. RULE 26(f)(2) REPORT; ORDER THEREON**<br><br>Courtroom 7<br>Hon. Morrison G. England, Jr.<br><br>Complaint Filed: November 27, 2017<br>Trial Date: Not Set |

**IT IS HEREBY STIPULATED BY AND BETWEEN ALL PARTIES AS FOLLOWS:**

Plaintiffs LEONARD WONG, SCOTT ZAWADA, MATTHEW ROSE, MATTHEW LEE, and ROBERT WATSON ("Plaintiffs"), and Defendants CHRISTOPHER TOMASZEWSKI and MIKE MERRI ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby respectfully apply to this Court for an Order continuing the date for the Parties to submit their Rule 26(f) Joint Report from March 9, 2018, to April 9, 2018, and exchange Initial Disclosures pursuant to Federal Rule of Civil Procedure ("FRCP") 26(a)(1) 45 days after submission of said Joint Report.

WHEREAS, on January 16, 2018, Defendants filed a motion to dismiss all claims in this action pursuant to FRCP Rule 12(b)(6) ("Motion to Dismiss");

WHEREAS, on January 30, 2018, the Court cancelled the originally scheduled March 8, 2018, date for hearing on said motion via minute order; and

WHEREAS, the Parties have agreed that postponing the Joint Report and Initial Disclosures till a date after this Court rules on the pending Motion to Dismiss would allow the Parties to avoid potentially unnecessary litigation costs.

NOW THEREFORE, IT IS HEREBY STIPULATED, between the Parties, subject to this Court's approval, that: the date for the Parties to file its Rule 26(f) Joint Report be postponed until April 9, 2018, and the time to serve Initial Disclosures pursuant to FRCP Rule 26(a)(1), be continued until forty-five (45) days following the submission of said Joint Report.

Dated: March 9, 2018                           GAVRILOV & BROOKS

By: /s/ *Eliezer M. Cohen* (as authorized on 3/9/18)
OGNIAN GAVRILOV
MICHAEL COLEMEN
ELIEZER M. COHEN
Attorneys for Plaintiffs
LEONARD WONG, SCOTT ZAWADA,
MATTHEW ROSE, MATTHEW LEE
and ROBERT WATSON

Dated: March 9, 2018                      ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ *Lita M. Verrier*
LITA M. VERRIER
J. MARK THACKER
Attorneys for Defendants
CHRISTOPHER TOMASZEWSKI and
MIKE MERRI

**ORDER**

Pursuant to the parties' stipulation, the Court makes the following order:

The deadline to file a Joint Rule 26(f)(2) Report, currently due on March 9, 2018, is continued to April 6, 2018, and Initial Disclosures shall be served 45 days thereafter.

IT IS SO ORDERED.

Dated: March 17, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE