Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD WONG, an individual; SCOTT ZAWADA, an individual; MATTHEW ROSE, an individual; MATTHEW LEE, an individual; and ROBERT WATSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER TOMASZEWSKI, an individual; MIKE MERRI, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-00039-MCE-AC<br><br>**ORDER GRANTING DEFENDANTS CHRISTOPHER TOMASZEWSKI AND MIKE MERRI'S *EX PARTE* MOTION FOR AN ORDER EXTENDING TIME TO ANSWER FIRST AMENDED COMPLAINT** |

On November 9, 2018, Defendants Christopher Tomaszewski and Mike Merri ("Defendants") filed an *ex parte* motion to extend Defendants' time to file and serve their answer to Plaintiffs' First Amended Complaint ("FAC") until 14 days after the entry of the Court's order concerning Defendant's Motion to Dismiss First Amended Complaint, the hearing on which, previously set for December 13, 2018, was vacated on the court's own motion on November 6, 2018. (See, Doc. Nos. 21 through 22.) Having reviewed the *ex parte* motion and the declaration in support thereof, having considered all arguments presented, and finding good cause therefor,

**IT IS HEREBY ORDERED** that Defendants' *ex parte* motion is **GRANTED**, and that Defendants shall have up to and including 14 days after the entry of the court's order concerning Defendants' Motion to Dismiss First Amended Complaint to serve and file their answer to the FAC, if any such answer is required.

**IT IS SO ORDERED.**

Dated: November 19, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE