Ognian Gavrilov, State Bar No. 258583
Eliezer Cohen, State Bar No. 302248
**GAVRILOV & BROOKS**
2315 Capitol Avenue
Sacramento, CA 95816
Telephone: (916) 504-0529
Facsimile: (916) 727-6877
Email: Info@GavrilovLaw.com

Attorneys for Plaintiffs
Leonard Wong, Scott Zawada, Matthew Rose,
Matthew Lee, and Robert Watson

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| LEONARD WONG, an individual; SCOTT ZAWADA, an individual; MATTHEW ROSE, an individual; MATTHEW LEE, an individual; and ROBERT WATSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER TOMASZEWSKI, an individual; MIKE MERRI, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00039-MCE-AC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE' ORDER THEREON**<br><br>(FRCP Rule 41(a).) |

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1), Plaintiffs LEONARD WONG, SCOTT ZAWADA, MATTHEW ROSE, MATTHEW LEE, and ROBERT WATSON and Defendants CHRISTOPHER TOMASZEWSKI and MIKE MERRI, by and through undersigned counsel, hereby stipulate that the First Amended Complaint and all claims asserted therein be dismissed with prejudice, with each party bearing its own attorney fees, costs, and expenses.

- 1 -
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER THEREON

Dated: July 17, 2019  **GAVRILOV & BROOKS**

By: ___/s/ Ognian Gavrilov___

Ognian Gavrilov
Attorney for Plaintiffs
LEONARD WONG; SCOTT ZAWADA;
MATTHEW ROSE; MATTHEW LEE; and
ROBERT WATSON

Dated: July 17, 2019  **ROPERS, MAJESKI, KOHN & BENTLEY**

By: ___/s/ Lita M. Verrier___

Lita M. Verrier
Attorney for Defendants
CHRISTOPHER TOMASZEWSKI and
MIKE MERRI

### ORDER

Based upon the Joint Stipulation of the parties, and good cause appearing therefore, the First Amended Complaint and all claims asserted therein are hereby dismissed with prejudice, with each party bearing its own attorney fees, costs, and expenses. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

**Dated:  July 18, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2 -
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER THEREON